160 A.3d 705

US BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2005–AHL2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005–AHL2, PLAINTIFF-RESPONDENT, v. MARCELLUS GALLIMORE, DEFENDANT-PETITIONER, AND PRUDENCE MOON AND STATE OF NEW JERSEY, DEFENDANTS.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003388–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

160 A.3d 705

JENNIFER CORMAN, PLAINTIFF-PETITIONER, v. JEFFREY CORMAN, DEFENDANT-RESPONDENT.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003249–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.